IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

Eric Roshaun Thurairajah　　　　　　　　　　　　　　　　　　　　PLAINTIFF(S)

V.　　　　　　　　　　　Civil No. 16-2123

City of Fort Smith, AR, et al　　　　　　　　　　　　　　　　　　DEFENDANT(S)

## AFFIDAVIT IN SUPPORT OF DEFAULT

I hereby certify that I am the plaintiff or the attorney of record for the plaintiff in the above cause, and that defendant **Bill Hollenbeck, Sheriff** (name) was served by one of the following methods:

**X** — A private server or the U.S. Marshal/Sheriff on **8/26/2016** (date)

___ — Registered or certified mail on _____ (date return receipt signed by addressee)

___ — Warning Order

___ — Waiver of Service of Summons on _____ (Date request was mailed to deft)

___ — Other _____ (Please specify)

I further certify that the basis of personal jurisdiction over this nonresident defendant is the following section of the Arkansas Long-Arm Statute (A.C.A. 16-4-101): **Not Applicable** (If not applicable, so indicate)

I further certify that the legal authority for serving **Linda Williams** (Name) as an agent of the defendant is **She is his employee in Sheriff's Department Administration in Sebastian County, Arkansas** (If not applicable, so indicate)

I further certify that the defendant has failed to serve a responsive pleading or motion to dismiss; no extension has been granted or any extension has expired; the defendant is neither an infant nor an incompetent person nor in the active military service.

The clerk is requested to enter a default against said defendant.

Date: **10/7/2016**

**William Whitfield Hyman**
Plaintiff or Attorney for Plaintiff
**300 N 6th Street**
Address
**Fort Smith, Ar, 72901**
**479-782-1125**
Telephone