UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

ERIC ROSHAUN THURAIRAJAH                                          PLAINTIFF

v.                          Case No. 2:16-CV-2123

TROOPER LAGARIAN CROSS                                            DEFENDANT

## JUDGMENT

Pursuant to the opinion and order granting summary judgment (Doc. 38) in favor of Plaintiff Eric Roshaun Thurairajah on his individual capacity § 1983 claims against Defendant Trooper Lagarian Cross and the unanimous jury verdict (Doc. 66), judgment is entered in favor of Plaintiff in the nominal amount of $1.00. Plaintiff's remaining claims are DISMISSED WITH PREJUDICE.

Interest on this judgment will accrue at the rate of 1.81% per annum from the date of entry of the judgment until paid.

IT IS SO ADJUDGED this 18th day of September, 2019.

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE